Joe Guzman GARCIA, Petitioner-Appellant,

v.

Dr. George J. BETO, Director, Texas Dept. of Corrections, Respondent, Appellee.

No. 71–2190
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.

Joe Guzman Garcia pro. se.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

**152**

Crawford Martin, Atty. Gen. of Texas, Dunklin Sullivan, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]